B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sabev, Svetozar** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0822** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**710 W. Ladd**<br>**Arlington Heights, IL**<br>ZIP Code **60004** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sabev, Svetozar** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Sabev, Svetozar** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Svetozar Sabev**
Signature of Debtor  **Svetozar Sabev**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May  8, 2009**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Allen J. Guon**
Signature of Attorney for Debtor(s)

**Allen J. Guon 6244526**
Printed Name of Attorney for Debtor(s)

**Shaw Gussis et al**
Firm Name

**321 N. Clark Street
Suite 800
Chicago, IL 60654**

Address

**312-541-0151  Fax: 312-980-3888**
Telephone Number

**May  8, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Svetozar Sabev**                                                            Case No.
                                 Debtor(s)                                           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ___

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        Document      Page 5 of 17

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Svetozar Sabev**
                       **Svetozar Sabev**

Date:   **May  8, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Certificate Number: 01356-ILN-CC-006849166

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 24, 2009, at 10:32 o'clock PM EDT,

Svetozar Sabev received from

Hummingbird Credit Counseling and Education, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: April 24, 2009   By   /s/Andy Morales

Name   Andy Morales

Title   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

ABC Credit & Recovery Services, Inc
PO Box 3772
Lisle, IL 60532-8722

Abdelmounaim Bouyalloul
5348 W. Addison
Chicago, IL 60641

All Pro Freight Systems
1200 chester Industrial Parkway
Avon, OH 44011

All State Trans, Inc.
775 Rohlwing Rd
Addison, IL 60101

Allstate Insurance
813 W. Rand Rd.
Arlington Heights, IL 60004

Alvarez, Sambol Winthrop & Madson
100 S. Orange Ave.
Orlando, FL 32801

American Bank Leasing Corp
P.O. Box 220
Franklin, TN 37069

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Bishop Rossi & LaForte, Ltd.
Two TransAm Plaza
Suite 200
Villa Park, IL 60181

Bishop, Rossi & LaForte, Ltd.
Two TransAm Plaza, Suite 200
Villa Park, IL 60181

Bradely Foreman
6901 W. North Ave
Elmwood Park, IL 60707


Bradley H. Foreman
120 S. State Street, Suite 535
Chicago, IL 60603


Brandon S. Peters, Esq.
Morgan & Morgan PA
20 N. Oragne Ave. 16th Fl.
Orlando, FL 32801


Breen's Uniform Rental
5414 Dansher Rd.
PO Box 707
La Grange, IL 60525


Brown Udell & Pomerantz, Ltd.
1332 N. Halsted Street #100
Chicago, IL 60622


C. H. Robinson
14800 Charlson Rd.
Suite 10000
Eden Prairie, MN 55347


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank (USA) NA
PO Box 6492
Carol Stream, IL 60197-6492


CBA Tire
1275 W. Roosevelt Road
#108
West Chicago, IL 60185


CBeyond Communications
320 Interstate North Parkway
Suite 300
Atlanta, GA 30339

```
Cbeyond Online
13474 Collections Center Dr.
Chicago, IL 60693


Chicago Truck Sales & Services
5300 W. Plattner Dr.
Alsip, IL 60803


Citi Cards
PO Box 6000
The Lakes, NV 88901


Compunet Credit Services, Inc.
P.O. Box 13347
Sacramento, CA 95813-3347


Connelly, Roberts & McGivney
55 West Monroe St.
#1700
Chicago, IL 60603


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4468


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


Countrywide
MSN 314B
P.O. Box 5170
Simi Valley, CA 93062-1570


Countrywide
MSN SV-314B
P.O. Box 5170
Simi Valley, CA 93062-5170


Cresta, Inc.
777 Rohlwing Rd
Addison, IL 60101
```

```
David R. Evelev
Alvarez, Sambol, Winthrop, et al.
100 S. Orange Ave
Orlando, FL 32801


Ernest J. Codilis
15W030 N. Frontage Rd.
Burr Ridge, IL 60527


Faik H. Ali Ahmed
4315 N. Keystone Ave.
Chicago, IL 60641


FCC Equipment Financing
P.O. Box 905010
Charlotte, NC 28290-5010


FCC Equipment Financing, Inc.
PO Box 56347
Jacksonville, FL 32241-6347


Fifth Third Bank
P.O. Box 630778
Cincinnati, OH 45263-1093


Fifth Third Bank
486 W. Liberty Street
Wauconda, IL 60084


Fifth Third Bank
1701 W. Golf Rd.
Rolling Meadows, IL 60008


First Advantage
P.O. Box 710
Lake Havasu City, AZ 86405-0710


First Funding Insurance Corp.
450 Skokie Blvd
Sutie 1000
Northbrook, IL 60065


First Insuance Funding
P.O. Box 66468
Chicago, IL 60666-0468
```

```
G&N Logistics, Inc.
710 W. Ladd Street
Arlington Heights, IL 60004


Gallagher Lieb Moroni & Associates
200 W. Higgins Road, #326
Schaumburg, IL 60195


GE Transportation Finance
P.O. Box 822108
Philadelphia, PA 19182


Gloria Aoljei
P. O. Box 556
Fort Ogden, FL 34267


Illinois Attorney General
Revenue Litgation Bureau Room 3-204
100 W. Randloph Street
Chicago, IL 60601


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Illinois Secretary of State
IRP Audit Division
Room 235, Gowlett Bldg.
Springfield, IL 62756


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201


Illinois Workers' Compensation Comm
100 W. Randolph Street
Suite 8-200
Chicago, IL 60601


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604
```

```
Internal Revenue Service
2001 Butterfield Road
Downers Grove, IL 60515


JESK ROBIN PHILIP & ASSOC
15150 S CICERO AVE
Oak Forest, IL 60452


John Adams
9305 NE 53rd Street
Vancouver, WA 98662


Kansas Department of Revenue
Division of Property Valuation
Robert B. Docking State Off Bldg
Topeka, KS 66612-1585


Koitcho Veltchev
2705 Northbridge Dr.
Racine, WI 53404


Lawrence Morris & Mallonado
2835 N. Sheffield Ave.
Sutie 232
Chicago, IL 60657


Lincoln Benefit Life Company
PO Bix 80469
Lincoln, NE 68501


Mack Financial Services
7025 Albert Pick Road #105
PO Box 26131
Greensboro, NC 27402-6131


Mack Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170-0236


Mack Financial Services
P.O. box 6131
Greensboro, NC 27402-6131
```

```
Mages & Price
707 Lake Cook Road, Suite 314
Deerfield, IL 60015


Mark Bittner
American Bank Leasing Corp.
555 Sun Valley Drive, Bldg E5
Roswell, GA 30076


MB Financial Bank, N.A.
P.O. Box 6261
Chicago, IL 60680-6261


Midway Truck Parts, Inc.
7400 W. 87th Street
Bridgeview, IL 60455-1826


Mulherin Rehfeldt Varchet
211 S. Wheaton, Suite
Wheaton, IL 60187


Naden Nenov
6113Knllwood Rd. Apt 105
Willowbrook, IL 60527


Navistar Financial Corp.
P.O. Box 4024
Schaumburg, IL 60168-4024


Nayden Ivanov Nenov
6113 Knoll Wood Rd. #105
Willowbrook, IL 60527


New York State Thruway
P.O. Box 149003
Staten Island, NY 10314-9003


Nikolay Koev
820 Heath Lane
Westmont, IL 60559


NY Violation Processing Center
P.O. Box 149003
Staten Island, NY 10314
```

Office of the Attorney General
Revenue Litigation Bureau
100 W. Randolph St., Room 13-204
Chicago, IL 60601


Office of the Secretary of State
Field Services Division
235 Howlett Building
Springfield, IL 62756


Ohio Attorney General
150 East Gay Street
21st Floor
Columbus, OH 43215


Ohio Attorney General
Revenue Recovery/Collections Enforc
150 E. Gay Street, 21st Fl.
Columbus, OH 43215


Ohio Treasurer of State
P.O. Box 27
Columbus, OH 43266-0027


Oregon Department of Transportation
Motor Carrier Transportation Svc
500 Capitol St. NE
Salem, OR 97301-2530


Public Utilities Commn. of Ohio
180 E. Broad Street, 14th Floor
Columbus, OH 43215


Revenue Production Management, Inc.
PO Box 925
Des Plaines, IL 60018


Roderick F. Mollison
205 N. Michigan Ave.
40th Floor
Chicago, IL 60601


Ruff Weidenarr & Reidy, Ltd.
222 N. LaSalle Street, Suite 700
Chicago, IL 60601

```
Scott Coppolino
GECC
300 E. Carpenter Freeway, Suite 302
Irving, TX 75062


Shafin Lark
777 E. Napier Ave. #5K
Benton Harbor, MI 49022


Sheldon I. Minkow & Associates
123 N. Wacker Dr., Suite 880
Chicago, IL 60602


Shuttleworth Law Firm
9260 Glenwood
Overland Park, KS 66212


Shuttleworth Law Firm LLC
Keith J. Shuttleworth
9260 Glenwood
Overland Park, KS 66212


Stein & Rotman
105 West Madison St.
Chicago, IL 60602-4672


The Chalet Kaplan Baim Firm
Michael S. Baim
30 N. LaSalle Street, #1320
Chicago, IL 60602


The Huntington National Bank
P.O. Box 701096
Cincinnati, OH 45270-1096


The Law Offices of Philip Nathe
552 S. Washington #104
Naperville, IL 60540


Trans Chicago Truck Group
4000 N. Manheim Road
Franklin Park, IL 60131
```

Ulmer & Bern LLP
One N. Franklin St., Suite 1825
Chicago, IL 60606


Universal Premium Acceptance Corp.
P.O. Box 212516
Kansas City, MO 64121-2516


US Bancorp Equipment
P.O. Box 790413
Saint Louis, MO 63179-0413


US Bancorp Equipment Finance, Inc.
13101 SW 68th Parkway
Suite 100
Portland, OR 97223


US Bank
Cardmember Services
P.O. Box 6352
Fargo, ND 58125-6352


US Bank
Cardmember Services
P.O. Box 6353
Fargo, ND 58126-6353


US Bank
Cardmember Services
P.O. Box 6353
Fargo, ND 58125-6353


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


US Insurance Group
P.O. Box 11509
Chattanooga, TN 37401


Walters & Haverfield
1301 E. 9th Street
Suite 3500
Cleveland, OH 44114-1821

```
Wayne A. Adams
570 Northwest Hwy. Suite 4
Des Plaines, IL 60016


West Suburban Hospital 0073
Department 4746
Carol Stream, IL 60122


Westgate Orthopedics, Ltd.
1125 Westgate
Oak Park, IL 60301


Wolff Agency
4815 W. Arrowhead #215
Duluth, MN 55811


Work Plus Occupational Health
3101 N. Harlem Ave.,
Lower Level
Chicago, IL 60634
```